## No. 6931.

### THE STATE EX REL. BOARD OF SCHOOL DIRECTORS VS. JULIUS BRETTE ET ALS.

The prohibition by an inferior court of proceedings in another co-ordinate court, without appellate jurisdiction thereof, is an usurpation which will be promptly checked.

APPEAL from the Third District Court of New Orleans. MONROE, J.

*Jonas* and *Shaw* for Relator Appellant. *A. & W. Voorhies* for Brette. *Sambola & Ducros* and *Duguè* for other Defendants.

Certain judgments had been obtained by Brette in a justice's court and had been appealed to the Third Court. This relator, who was affected by these judgments, went into the Superior Court and obtained this *mandamus* and prohibition. Before trial, that court was abolished and its records ordered to be transferred to the Third Court, where the case was tried, and writs maintained.

MARR, J. As the Superior Court was without jurisdiction, the Third District Court could not acquire it by transfer of the Superior Court records. The entire proceeding from beginning to end was *coram non judice* and void.

*Judgment reversed.*